FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 0 2009

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. '09 - CV - 00597 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

WILLIAM W. DUNLAP,

    Plaintiff,

v.

WILLFUL WRONGDOERS,
UNITED STATES OF AMERICA,
UNITED STATES GOVERNMENT,
UNITED STATES ATTORNEY,
OFFICE OF ATTORNEY GENERAL,
COLORADO DISTRICT ATTORNEY,
STATE OF COLORADO,
CITY OF COLORADO SPRINGS,
COLORADO SPRINGS POLICE DEPARTMENT,
PORTIA ROBIN FORD-DUNLAP,
ERIC REED,
KRISTEN BUCKLEY,
INTERNAL REVENUE SERVICE,
BERKSHIRE APARTMENTS,
SECRET SERVICE,
COLORADO DEPARTMENT OF CORRECTIONS, Adult Division of Parole and
    Community Corrections,
BRIDGET COLLINS,
OFFICER MCCORMICK,
SHANA SCHAFFER,
DEPARTMENT OF CORRECTIONS SAN CARLOS,
CRIMINAL JUSTICE CENTER,
CRICKET COMMUNICATIONS,
T-MOBILE,
VERIZON WIRELESS,
E-INSURANCE,
NANCY ALEXBERG,
TCF NATIONAL BANK,
UNIVERSITY OF PHOENIX,
U.S. DEPARTMENT OF EDUCATION,
LINCOLN SPRINGS APARTMENTS,

ENT FEDERAL CREDIT UNION,
WAL-MART,
KING SOOPERS,
HEWLETT PACKARD,
ORACLE CORPORATION,
FINANCIAL MANAGEMENT SERVICE, Bureau of the United States Department of
    Treasury,
DEPARTMENT OF REVENUE,
JOHN DOES, to be joined to this civil action, and
EL PASO COUNTY JUDICIAL BUILDING, and ET. AL.,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document titled "Writ of Execution Complaint to any U.S. Marshal in any Jurisdiction." He has failed either to pay the $350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)  X    is not submitted
(2)  __   is not on proper form (must use the court's current form)
(3)  __   is missing original signature by Plaintiff
(4)  __   is missing affidavit
(5)  __   affidavit is incomplete
(6)  __   affidavit is not notarized or is not properly notarized
(7)  __   names in caption do not match names in caption of complaint

(8) ___ An original and a copy have not been received by the court.
Only an original has been received.
(9) _X_ other: <u>motion is necessary only if filing fee is not paid in advance</u>.

**Complaint or Petition:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form(s): Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 17TH day of March, 2009.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'09-CV-00597**

William W. Dunlap
3906 E. Pikes Peak Ave.
Colorado Springs, CO 80909

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Complaint forms** to the above-named individuals on __3/19/09__

                        GREGORY C. LANGHAM, CLERK

                        By_____
                                Deputy Clerk