IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00597-BNB

WILLIAM W. DUNLAP,

    Plaintiff,

v.

WILLFUL WRONGDOERS,
UNITED STATES OF AMERICA,
UNITED STATES GOVERNMENT,
UNITED STATES ATTORNEY,
OFFICE OF ATTORNEY GENERAL,
COLORADO DISTRICT ATTORNEY,
STATE OF COLORADO,
CITY OF COLORADO SPRINGS,
COLORADO SPRINGS POLICE DEPARTMENT,
PORTIA ROBIN FORD-DUNLAP,
ERIC REED,
KRISTEN BUCKLEY,
INTERNAL REVENUE SERVICE,
BERKSHIRE APARTMENTS,
SECRET SERVICE,
COLORADO DEPARTMENT OF CORRECTIONS, Adult Division of Parole and
    Community Corrections,
BRIDGET COLLINS,
OFFICER McCORMICK,
SHANA SCHAFFER,
DEPARTMENT OF CORRECTIONS SAN CARLOS,
CRIMINAL JUSTICE CENTER,
CRICKET COMMUNICATIONS,
T-MOBILE,
VERIZON WIRELESS,
E-INSURANCE,
NANCY ALEXBERG,
TCF NATIONAL BANK,
UNIVERSITY OF PHOENIX,
U.S. DEPARTMENT OF EDUCATION,
LINCOLN SPRINGS APARTMENTS,
ENT FEDERAL CREDIT UNION,

WAL-MART,
KING SOOPERS,
HEWLETT PACKARD,
ORACLE CORPORATION,
FINANCIAL MANAGEMENT SERVICE, Bureau of the United States Department of
    Treasury,
DEPARTMENT OF REVENUE,
JOHN DOES, To be Joined to This Civil Action, and
EL PASO COUNTY JUDICIAL BUILDING, and et al.,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff William W. Dunlap currently resides in Colorado Springs, Colorado. Mr. Dunlap initiated the instant action on March 11, 2009, by submitting to the Court a pleading titled, "Writ of Execution Complaint to any U.S. Marshal in any Jurisdiction." Upon review of the merits of the Writ, Magistrate Judge Boyd N. Boland entered an order, on March 19, 2009, directing Mr. Dunlap to file his claims on a Court-approved form used by *pro se* litigants in filing civil complaints. Mr. Dunlap also was instructed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the $350.00 filing fee within thirty days of the March 19, 2009, Order. Mr. Dunlap was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Dunlap now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 29 day of April, 2009.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00597-BNB

William W. Dunlap
3906 E. Pikes Peak Ave.
Colorado Springs, CO 80909

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/30/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk