IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00597-ZLW

WILLIAM W. DUNLAP,

    Plaintiff,

v.

WILLFUL WRONGDOERS,
UNITED STATES OF AMERICA,
UNITED STATES GOVERNMENT,
UNITED STATES ATTORNEY,
OFFICE OF ATTORNEY GENERAL,
COLORADO DISTRICT ATTORNEY,
STATE OF COLORADO,
CITY OF COLORADO SPRINGS,
COLORADO SPRINGS POLICE DEPARTMENT,
PORTIA ROBIN FORD-DUNLAP,
ERIC REED,
KRISTEN BUCKLEY,
INTERNAL REVENUE SERVICE,
BERKSHIRE APARTMENTS,
SECRET SERVICE,
COLORADO DEPARTMENT OF CORRECTIONS, Adult Division of Parole and
    Community Corrections,
BRIDGET COLLINS,
OFFICER McCORMICK,
SHANA SCHAFFER,
DEPARTMENT OF CORRECTIONS SAN CARLOS,
CRIMINAL JUSTICE CENTER,
CRICKET COMMUNICATIONS,
T-MOBILE,
VERIZON WIRELESS,
E-INSURANCE,
NANCY ALEXBERG,
TCF NATIONAL BANK,
UNIVERSITY OF PHOENIX,
U.S. DEPARTMENT OF EDUCATION,
LINCOLN SPRINGS APARTMENTS,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 8 2009

GREGORY C. LANGHAM
               CLERK

ENT FEDERAL CREDIT UNION,
WAL-MART,
KING SOOPERS,
HEWLETT PACKARD,
ORACLE CORPORATION,
FINANCIAL MANAGEMENT SERVICE, Bureau of the United States Department of
    Treasury,
DEPARTMENT OF REVENUE,
JOHN DOES, To be Joined to This Civil Action, and
EL PASO COUNTY JUDICIAL BUILDING, and et al.,

    Defendants.

---

### ORDER DENYING ORDER FOR CONTEMPT

---

At issue in the instant action is the *pro se* filing titled "Order for Contempt of Court and Objection to Apr. 30, 2009 Judgment on Rule 5, Preliminary Proceedings in Violation of Title 28 U.S.C. 1443(1)(2)," that Plaintiff William W. Dunlap filed on May 6, 2009. In the filing, Mr. Dunlap states that he "moves this court for a granted order and summary judgment to collect his 21 day violation of his rights and the laws because these parties and court failed to respond on Aug 30, 2007 to his filed civil actions an [sic] ignore his factual claims and evidence." (Order for Contempt at 2.)

The Court must construe the May 6, 2009, filing liberally because Mr. Dunlap is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Nonetheless, for the reasons stated below, the Order for Contempt will be denied.

The May 6, 2006, filing is nonsensical. Even if the Court were to construe the filing as a Motion to Reconsider the Court's April 30, 2009, Order of Dismissal, the May

6, 2009, filing fails to demonstrate the existence of any circumstances that would justify a decision to vacate the April 30, 2009, Order of Dismissal and the Judgment. Therefore, the Order for Contempt will be denied. Accordingly, it is

ORDERED that the "Order for Contempt . . ." (Doc. No. 5), filed May 6, 2009, is denied.

DATED at Denver, Colorado, this 15 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00597-ZLW

William W. Dunlap
3906 E. Pikes Peak Ave.
Colorado Springs, CO 80909

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/18/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk